IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: MJG-10-0460 |
| WINNIE JOANNE BAREFOOT | * | |
| Defendant. | | |

\*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT WINNIE JOANNE BAREFOOT NOTICE OF APPEAL

Notice is hereby given that Winnie Joanne Barefoot, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from his conviction and the imposition of the sentence and restitution entered by Judgment of this Court.

Respectfully submitted,

_____/s/_____

Joseph Murtha

Federal Bar No. 23725

Miller Murtha & Psoras, LLC

1301 York Road, Suite 200

Lutherville, Maryland 21093

(410) 583-6969

Counsel for the Defendant

Winnie Joanne Barefoot

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2012, a copy of the foregoing Notice

of Appeal was sent by electronic transmission to P. Michael Cunningham, (michael.cunningham@usdoj.gov) Assistant United States Attorney, Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201.

                                                      /s/
                                      Joseph Murtha