

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700

July 31, 2012

ALL COUNSEL OF RECORD

      Re:  <u>United States v. Barefoot, MJG-10-0460</u>

Dear Counsel:

    The Court has received the letter from counsel for Defendant Barefoot requesting an extension of the report date from August 2, 2012 to a date that would be some six to eight weeks after August 16, 2012 [Document 53].  The Government opposes the request.

    The Court agrees with the Government and finds no reason to engage in extension discussion.  The surgery is scheduled for August 16, 2012, two weeks after Defendant's report date at Alderson.  There is no medical evidence convincing this Court that Defendant Barefoot's legitimate medical needs cannot and will not be met while she is incarcerated at the designated facility or, if deemed necessary by the Bureau of Prisons, in another facility to which she can be transferred.

    Accordingly, Defendant Barefoot shall appear on August 2, 2012 at the designated facility.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                             Yours truly,

                                       _____/s/_____
                                       Marvin J. Garbis
                          United States District Judge