```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

      vs.                        *     CRIMINAL NO. MJG-10-0460

WINNIE JOANNE BAREFOOT            *     (CIVIL CASE NO. MJG-13-1677)

\*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM AND ORDER

The Court has before it Defendant/Petitioner's Motion for Reconsideration [Document 99].  The Court finds that neither a response nor a hearing is necessary.

Movant presents no plausible contention that has not been addressed adequately and resolved in the Memorandum and Order Re: § 2255 Motion [Document 95] and other rulings herein.

For the foregoing reasons, Defendant/Petitioner's Motion for Reconsideration [Document 99] is DENIED.

SO ORDERED, on <u>Thursday, July 24, 2014</u>.

                                                                                /s/_____
                                                      Marvin J. Garbis
                                        United States District Judge