IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO. MJG-10-0460 |
| WINNIE JOANNE BAREFOOT | * | (CIVIL CASE NO. MJG-13-1677) |

\*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER RE: PROPERTY RETURN

The Court has before it Defendant's Motion for Return of Property [ECF No. 124], the Pro Se Motion of Return of Property [ECF No. 127], and the materials submitted relating thereto. The Court finds no need for a hearing.

It appears that all property which Defendant Barefoot is entitled to receive has been, or shortly will be, provided to her with the possible exception of a name change court order from the Circuit Court for Prince George's County, Maryland, and a York County, Pennsylvania death certificate.  These excepted documents appear to be matters of public record that would be available to Defendant Barefoot upon request to the government agency involved.

Accordingly:

1. Defendant's Motion for Return of Property [ECF No. 124] is DENIED AS MOOT.

2. The Pro Se Motion of Return of Property [ECF No. 127] is DENIED AS MOOT.

3.  Government counsel shall, in any event, provide Defendant Barefoot with copies of the excepted documents if these are available to him and have not previously been provided.

SO ORDERED, on Monday, August 31, 2015.

```
                              _____/s/_____
                                 Marvin J. Garbis
                              United States District Judge
```